**RICH GULLET & SONS, INC.,
Plaintiff/Appellant,**

v.

**GULLET CONTRACTING, LLC,**

and

**Raymond M. Gullet,
Defendants/Respondents.**

**No. ED 98143.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 19, 2013.

Application for Transfer to Supreme
Court Denied April 30, 2013.

Ted F. Frapolli, Law Office of Ted F. Frapolli Michael A. Gross, Sher Corwin Winters LLC, St. Louis, MO, for appellant.

Daniel E. Leslie, Leslie, Spieler & Fulford LLC, Union, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

### ORDER

PER CURIAM.

Plaintiff appeals from a judgment in defendants' favor. The judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).